IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

TAMERA RENEE ARNOLD                                                                                    PLAINTIFF

v.                                            Case No. 6:20-cv-6123

COMMISIONER,
SOCIAL SECURITY ADMINISTRATION                                                            DEFENDANT

## ORDER

Before the Court is the Report and Recommendation filed on June 13, 2022, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 29. Judge Bryant recommends that Plaintiff's Motion for Attorney's Fees Pursuant to the Equal Access to Justice Act ("EAJA") (ECF No. 26) be granted. No party has filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Upon consideration, the Court adopts the Report and Recommendation (ECF No. 29), and Plaintiff's motion (ECF No. 26) is **GRANTED**.

Accordingly, the Court finds that Plaintiff is entitled to compensation under the Equal Access to Justice Act ("EAJA") in the amount of $6,651.15. This award represents 3.3 attorney hours in 2020 at an hourly rate of $203.00, 23.7 attorney hours in 2021 at an hourly rate of $206.00, and 5 attorney hours in 2022 at an hourly rate of $219.81 for work performed. This amount should be paid in addition to, and not out of, any past due benefits which Plaintiff may be awarded in the future.

The parties are reminded that the award herein under the EAJA will be taken into account at such time as a reasonable fee is determined pursuant to 42 U.S.C. § 406 in order to prevent double recovery by counsel for Plaintiff.

**IT IS SO ORDERED**, this 1st day of July, 2022.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge